IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| MARY BARBATO, | : | | |
| Plaintiff | : | 3:13-CV-02748 | FILED SCRANTON |
| v. | : | (JUDGE NEALON) | JAN 1 5 2014 |
| GREYSTONE ALLIANCE, LLC, | : | | |
| Defendant | : | | |

## ORDER

**AND NOW,** this 15th day of January, 2014, in accordance with the **MEMORANDUM** of the same date, **IT IS HEREBY ORDERED THAT,** Defendant's motion to Transfer (Doc. 3) is **DENIED** without prejudice.

United States District Judge