**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARY BARBATO,** | : | |
| Plaintiff, | : | Civil Action No. 3:13-2748 |
| v. | : | |
| **GREYSTONE ALLIANCE, LLC,** *et al.*, | : | (JUDGE MANNION) |
| Defendants | : | |

# O R D E R

Based upon the memorandum issued this same day in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

**(1)** defendant Crown's motion for reconsideration pursuant to Fed.R.Civ.P. 54(b), (Doc. 107), is **DENIED**;

**(2)** the plaintiff's motion to file her brief in opposition to Crown's motion for reconsideration without sealing, (Doc. 110), as well as the plaintiff's motion to file her reply brief in support of her (Doc. 110) motion without sealing, (Doc. 116), are **DENIED**;

**(3)** Crown's request under Fed.R.Civ.P. 12(f), (Doc. 114), that the court strike any reference to the protected information from plaintiff's brief in opposition, (Doc. 110-2), as well as the attached exhibit, (Doc. 110-3), namely, Crown's Consolidated Financial Statement for years 2012-2014, and from plaintiff's reply brief, (Doc. 117-1), is **GRANTED**;

**(4)** the court's directive that the parties file renewed summary judgment motions is held in abeyance until the Third Circuit decides whether Crown can be considered a debt collector under

*Henson*;

**(5)** the court will **STAY** the plaintiff's Doc. 64 motion to certify class until it decides the renewed dispositive motions; and

**(6)** the court's instant Memorandum and Order are hereby **CERTIFIED** for interlocutory appeal pursuant to 28 U.S.C. §1292(b). The Order involves a controlling question of law on which there could be substantial grounds for difference of opinion based on the *Henson* case. Immediate appeal has the potential to materially advance the ultimate termination of the litigation. The following controlling question of law is hereby **CERTIFIED** to the United States Court of Appeals for the Third Circuit: whether *Henson* requires a finding that Crown is not a debt collector in this case when it was a third-party buyer of the debt, and the debt was in default at the time it purchased it.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: October 19, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-2748-01-ORDER.wpd