# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY BARBATO, | : | |
| Plaintiff, | : | Civil Action No. 3:13-2748 |
| v. | : | |
| CROWN ASSET MANAGEMENT LLC, | : | (JUDGE MANNION) |
| Defendant | : | |

## O R D E R

In light of the foregoing memorandum, **IT IS HEREBY ORDERED THAT:**

Crown's motion to stay all proceedings in this case pending a decision from the United State Supreme Court regarding its petition for a writ of certiorari, **(Doc. 132)**, is **GRANTED**, and this case is **STAYED**. The parties are directed to notify the court when the Supreme Court grants or denies the petition for a writ of certiorari.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 30, 2019**
13-2748-02-ORDER.wpd